1  Terry Goddard
   Attorney General
2
   Rachel M. Bacalzo (Bar No. 016117)
3  William A. Richards (Bar No. 013381)
   Assistant Attorneys General
4  1275 West Washington
   Phoenix, Arizona 85007-2997
5  Telephone: (602) 542-7750
   Facsimile: (602) 542-7644
6  Rachel.Bacalzo@azag.gov
   Bill.Richards@azag.gov
7
8  Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Regina Pangerl, | Case No: CV 06-1464-PHX-MHM |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | (Assigned to the Honorable Mary H. Murguia) |
| Susan Ehrlich, Sheldon Weisberg and the State of Arizona, | |
| Defendants. | |

Defendants, by and through counsel undersigned, PURSUANT TO L.R.C.V. 40.2(d), hereby give notice to the Court that this action has been settled. The parties will file a Stipulation to Dismiss this action upon execution of the Settlement Agreement.

RESPECTFULLY SUBMITTED this 1st day of June, 2007.

Terry Goddard
Attorney General

s/Rachel M. Bacalzo
William A. Richards
Assistant Attorneys General
Attorneys for Defendants

## CERTIFICATION

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 1st day of June, 2007 to:

Stephen G. Montoya, Esquire
Montoya Jimenez, PA
3200 N. Central, Suite 2550
Phoenix, Arizona 85012
Attorneys for Plaintiff

s/Deborah Sawyer
Attorney General Secretary
#10161